# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| HEATHER L. WHITE, individually and on behalf of similarly situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 18-cv-11979-AC-RSW<br>) |
| vs. | ) Judge Avern Cohn<br>)<br>) Magistrate Judge R. Steven Whalen |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | )<br>) |
| Defendant. | ) |

## ORDER AND JUDGMENT

This matter coming before this Court on Defendant's Motion to Enter Judgment Pursuant to Rule 68 Offer of Judgment, and the Court being advised in the premises and having jurisdiction,

In accordance with Defendant's Rule 68 Offer of Judgment and Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment (ECF No. 7), JUDGMENT is entered in favor of Plaintiff HEATHER L. WHITE, and against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, in the total lump sum amount of Three Thousand and 00/100 Dollars ($3,000.00) for all claims and causes of action, brought or which may have been brought by Plaintiff against the Defendant in the present case. Plaintiff is further awarded costs accrued through August 7, 2018, and reasonable attorney's fees, as agreed upon by the parties, or, if the parties are unable to agree, in an amount to be determined by the Court.

SO ORDERED.

S/Avern Cohn<br>
AVERN COHN<br>
UNITED STATES DISTRICT JUDGE

Dated:  11/7/2018
       Detroit, Michigan